# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAHINTAJ BAKHTIAR, et al<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al | Case No.   02CV92 |

## NOTICE REGARDING CASE TRANSFERRED FROM ANOTHER JURISDICTION

The original file and certified copies of the docket sheet have been transmitted from the USDC for the Central District of California on 1/22/02. This NOTICE serves as notification that the original transfer documents are on file in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

Date: 1/22/02

Nancy Mayer-Whittington, Clerk