1 | JOHN E. HILL (State Bar Number 45338)
LAW OFFICES OF JOHN E. HILL
2 | A PROFESSIONAL CORPORATION
333 Hegenberger Road, Suite 500
3 | Oakland, California 94621
Telephone: 510-588-1000
4 | Facsimile: 510-633-2504

5 | HENRY E. WEIL, Esq., (DC BAR NO. 149971A)
BELLI, WEIL & GROZBEAN, P.C.
6 | 111 Rockville Pike, Suite #980
Rockville, Maryland 20850-4191

7 |

8 | Attorneys for Plaintiff

9 |

10 | UNITED STATES DISTRICT COURT

11 | FOR THE DISTRICT OF COLUMBIA

12 |

13 | SHAHINTAJ BAKHTIAR,
Individually and as Next-of-Kin and
14 | Representative of the Estate of DR.
CHAPOUR BAKHTIAR, and on behalf
15 | of GOUDARD BAKHTIAR, a Minor,
MANIJEH ASSAD BAKHTIARI
16 |

17 |     Plaintiffs,

18 | vs.

19 | ISLAMIC REPUBLIC OF IRAN,
Ministry of Foreign Affairs
20 | Khomeini Avenue
United Nations Street
21 | Tehran, Iran and

22 | IRANIAN MINISTRY OF
INFORMATION AND SECURITY
23 | Pasdaran Avenue
Golestan Yekom
24 | Tehran, Iran,

25 |     Defendants.

26 |

27 | //

28 |

Case No. 02-0092 HHK

NOTICE OF DEFAULT JUDGMENT
PURSUANT TO FSIA §28 USC 1605(a)(7)

1

NOTICE OF DEFAULT JUDGMENT PURSUANT TO
FSIA §28 USC 1605(a)(7)

1    TO THE ISLAMIC REPUBLIC OF IRAN, AND THE IRANIAN MINISTRY OF
2    INFORMATION AND SECURITY;

3

4    PLEASE TAKE NOTICE that a default judgment was entered on July 17, 2008. A procedure
5    may be available to vacate or open that judgment.

6

7    PLEASE TAKE NOTICE that the judgment was assigned to ABKIR ASSOCIATES, LLC.,
8    on August 27, 2010.

9

10   The Default Judgment was entered  pursuant  to FSIA §28 U.S.C. 1605(a)(7), the
11   state-sponsored terrorism exception of the Foreign Sovereign Immunities Act ("FSIA") 28
12   U.S.C.§1605(a)(7). The case was brought by Shahintaj Bakhtiar, who is the widow of Chapour
13   Bakntiar, individually and as a representative of Chapour's Estate, against the Islamic Republic of Iran
14   and the Iranian Ministry of Information and Security ("MOIS"), which is Iran's intelligence agency.
15   Chapour is the former Prime Minster of Iran, and this action arises out of his August 9, 1991,
16   assassination. The court entered default against defendants on April 3, 2007, and held a damages trial
17   on November 27, 2007.

18

19   Questions relating to state immunities and to the jurisdiction of United States courts over
20   foreign states are governed by the Foreign Sovereign Immunities Act of 1976, which appears in
21   sections 1330, 1391(f), 1441(d) and 1602 through 1611, of Title 28, United States Code (Pub. L.94-
22   583; 90 Stat. 2891.

23

24                         By:        /s/
25                                   JOHN E. HILL
                                   CO-COUNSEL FOR PLAINTIFFS
26

27

28

                         2         NOTICE OF DEFAULT JUDGMENT PURSUANT TO
                                   FSIA §28 USC 1605(a)(7)