IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHAHINTAJ BAKHTIAR, et. al.** | * |
| **Plaintiffs** | * |
| v. | *    Case No. 02-0092 HHK |
| **ISLAMIC REPUBLIC OF IRAN, et. al.** | * |
| **Defendants** | * |

## MOTION TO RELEASE BOND

COMES NOW, the Plaintiff, SHAHINTAJ BAKHTIAR, by her undersigned counsel and files this Motion to Release Bond and for her reasons, states:

1. This Court on October 26, 2010 entered an Order requiring a nominal bond in the amount of $50.00 to permit enforcement proceedings on compensatory damage judgment pending appeal (Doc. 78).

2. The U.S. Court of Appeals for the District of Columbia Circuit on February 17, 2012 denied Appellee's appeal affirming this Court's decision (*Bakhtiar, et. al. v. Islamic Republic of Iran, et. al.*, No. 10-7030; U.S. District Court Doc. No. 90-1 filed March 30, 2012).

3. As the appeal in no longer pending, the requirement of a bond is now moot.

WHEREFORE, Plaintiff asks:

1. That her Motion to Release Bond be granted;

2. That the bond posted in the amount of $50.00 be returned;

3. For such other relief as may be proper.

Respectfully submitted,

/s/

_____

Henry E. Weil, Esq.
Belli, Weil & Grozbean, P.C.
111 Rockville Pike, Suite 980
Rockville, MD 20850
301-738-5700

/s/

_____

John E. Hill, Esq.
Law Office of John E. Hill
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
510-588-1000

Counsel for Plaintiff