IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
JUL 3 0 2019
Clerk, U.S. District & Bank.
Courts for the District of Columbia

| | |
|---|---|
| SHAHINTAJ BAKHTIAR, et. al. * | |
| Plaintiffs * | |
| v. * | Case No. 02-0092 HHK |
| ISLAMIC REPUBLIC OF IRAN, et. al. * | |
| Defendants * | |

### ORDER

**UPON CONSIDERATION** of Plaintiff's Motion for Order of Revival of a Judgment for the Payment of Money and good cause having been shown, it is thereupon this 30th day of July, 2019, by the United States District Court for the District of Columbia,

ORDERED, that Motion for Order of Revival of a Judgment for the Payment of Money be and the same is hereby granted; and it is further,

ORDERED, that the Judgment entered July 17, 2008 for the payment of money be and the same is hereby revived; and it is further,

ORDERED, that the period of enforceability for the Judgment of money issued July 17, 2008 shall be extended pursuant to D.C. Code Sec. 15-103 for an additional period of twelve years from the date of this Order.

SO ORDERED, this 30th day of July, 2019.

_____
HON. HENRY H. KENNEDY
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA